UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                             :

DUSLEY SHELTON,                          :
                           Plaintiff,    :             26 Civ. 2886 (LGS)
                                               :

             -against-              :                ORDER
                                               :

1820 HARRISON REALTY, LLC et al.,    :
                     Defendants.   :
------------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      The Clerk of Court is respectfully directed to docket and file this Order and Exhibit A

thereto, which is an email exchange relating to the above-captioned case.

Dated: May 28, 2026
        New York, New York

_____
           **LORNA G. SCHOFIELD**
         **UNITED STATES DISTRICT JUDGE**

# EXHIBIT A

## Schofield NYSD Chambers

| | |
|---|---|
| **From:** | Schofield NYSD Chambers |
| **Sent:** | Thursday, May 21, 2026 12:25 PM |
| **To:** | cindy . |
| **Cc:** | robert@stillmanstillmanlaw.com; mgabriel@tthlaw.com |
| **Subject:** | Re: Case: 1:26-cv-02886-LGS   Client Name: Dusley Shelton v. 1820 Harrison Realty, LLC et al. |

Hello:

All communications with Chambers must be by letter filed on ECF, per Judge Schofield's Individual Rule I.B.1.  Additionally, this case was remanded to the Supreme Court of New York, Bronx County, by Order entered on April 20, 2026, and is no longer pending before Judge Schofield.

---

**From:** cindy . <cindy@stillmanstillmanlaw.com>
**Sent:** Thursday, May 21, 2026 9:59 AM
**To:** Schofield NYSD Chambers <Schofield_NYSDChambers@nysd.uscourts.gov>
**Cc:** robert@stillmanstillmanlaw.com <robert@stillmanstillmanlaw.com>; mgabriel@tthlaw.com <mgabriel@tthlaw.com>
**Subject:** Case: 1:26-cv-02886-LGS Client Name: Dusley Shelton v. 1820 Harrison Realty, LLC et al.

**CAUTION - EXTERNAL:**

Good Morning,

Our office represents Ms. Dusley Shelton  on the above matter and am respectfully requesting a two month adjournment to the conference scheduled for Tuesday, May 26, 2026 at 3:15 P.M.  at the Thurgood Marshall United States Courthouse, Southern District of New York, 40 Foley Square, New York, New York at Room 1106. The reason for said adjournment is because we sued the wrong entity and case should be back in the State Court. Please advise if adjournment can be granted. Thank you kindly.


Cindy Sarju, Legal Assistant
Stillman & Stillman, P.C.
2622 East Tremont Avenue
Bronx, New York 10461
Office: 718-828-1400 Ext. 322
Fax: 718-828-9494
Email: cindy@stillmanstillmanlaw.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.